> SO ORDERED
>
> Oct 21, 2013
>
> *Barry S. Schermer*
> BARRY S. SCHERMER
> United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| Kenneth & Terry Andreski, | ) Case No. 12-49302-399 |
| | ) |
| Debtors. | ) Chapter 13 |

## MOTION TO SUBSTITUTION OF COUNSEL FOR DEBTORS

Comes now Walters and Edwards, LLC, and advises the Court that the Debtors in the above case has requested that James Brown and Castle Law, withdraw from representation. Debtor hereby requests Corrine E. Edwards be entered in as attorney of record in this case. Debtor's written request is attached as an exhibit.

Walters & Edwards, LLC

/s/Corrine E. Edwards
Corrine E. Edwards, 61413MO
Attorney for Debtor
2407 Muegge
St. Charles, MO 63303
Tel: (314) 920-7674
Fax: (888) 323-3819
WaltersandEdwards@gmail.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed, postage prepaid, on October 18, 2013 to:

John Labarge
Chapter 13 Trustee
Via Electronic Notification

All Creditors listed on the attached amended matrix.

/s/ Corrine E. Edwards

| | | |
|---|---|---|
| Missouri Dept. of Revenue<br>P.O. Box 475<br>Jefferson City, MO 65105 | Bank of America<br>450 American St.<br>Simi Valley, CA 93065 | Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998 |
| Best Buy<br>P.O. Box 5253<br>Carol Stream, IL 60197 | Harris Bank<br>1100 W. Monroe<br>Chicago, IL 60603 | JCPenney<br>P.O. Box 103104<br>Roswell, GA 30076 |
| Kohls<br>P.O. Box 3115<br>Milwaukee, WI 53201 | Macys<br>770 S. Adams Ste. 200<br>Birmingham, MI 48331 | Mercy Clinic East<br>901 E. 5th Street<br>Washington, MO 63090 |
| Mercy Hospital<br>615 S. New Ballas Rd.<br>St. Louis, MO 63141 | Mercy Hospital<br>c/o Valarity, LLC<br>P.O. Box 505023<br>St. Louis, MO 63150-5023 | Rothman Furniture<br>P.O. Box 94498<br>Las Vegas, NV 89193 |
| Vantage Credit Union<br>P.O. Box 4433<br>Bridgeton, MO 63044 | | |

United States Bankruptcy Court
Eastern District of Missouri

In re:
Kenneth Andreski, Sr.
Terry Andreski
       Debtors

Case No. 12-49302-bss
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: pass                Page 1 of 2                   Date Rcvd: Oct 21, 2013
                              Form ID: pdfo2            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2013.
```
db/db       +Kenneth Andreski, Sr.,    Terry Andreski,    16 Aspen Pointe Drive,    St. Peters, MO 63376-3689
cr          +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
9148637    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998)
9336905     +BMO Harris Bank,    Attn Bankruptcy,    3800 Golf Rd Ste 300,    Rolling Meadows, IL 60008-4037
9148636     +Bank of America,    450 American St.,    Simi Valley, CA 93065-6285
9148638     +Best Buy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
9276936      Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
9255984     +Capital One, N.A.,    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
9210587     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
              Mason, OH 45040-8053
9198360      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
9148639     +Harris Bank,    1100 W. Monroe,    Chicago, IL 60607-2507
9148642     +Macys,    770 S. Adams Ste. 200,    Birmingham, MI 48009-6948
9148643     +Mercy Clinic East,    901 E. 5th Street,    Washington, MO 63090-3127
9148644     +Mercy Hospital,    615 S. New Ballas Rd.,    St. Louis, MO 63141-8277
9303239    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
9148646     +Rothman Furniture,    c/o Wells Fargo Financial,    800 Walnut St.,    Des Moines, IA 50309-3605
9206140     +Vantage Credit Union,    4020 Fee Fee Road,    St Louis, MO 63044-2708
9148647     +Vantage Credit Union,    P.O. Box 4433,    Bridgeton, MO 63044-0433
9205375      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9244826     +E-mail/Text: bktyBNC@msfirm.com Oct 22 2013 00:18:58     Bank of America, N.A.,
              c/o Millsap & Singer, LLC,    612 Spirit Drive,    St. Louis, MO 63005-1259
9315875     +E-mail/Text: bncmail@w-legal.com Oct 22 2013 00:19:06     Cheswold (Ophrys), LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
9148640     +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2013 00:22:19     JC Penney,    P.O. Box 103104,
              Roswell, GA 30076-9104
9148641     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2013 00:18:54     Kohls,    P.O. Box 3115,
              Milwaukee, WI 53201-3115
9148645      E-mail/Text: mercypbcsoklahomacit@mercy.net Oct 22 2013 00:19:17     Mercy Hospital,
              c/o Valarity, LLC,    P.O. Box 505023,    St. Louis, MO 63150-5023
9149884     +E-mail/Text: ecfnotices@dor.mo.gov Oct 22 2013 00:18:50     Missouri Department of Revenue,
              PO Box 475,    301 W High St,    Jefferson City MO 65101-1517
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Cheswold (Ophrys), LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2013                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0865-4          User: pass              Page 2 of 2                  Date Rcvd: Oct 21, 2013
                              Form ID: pdfo2          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2013 at the address(es) listed below:

          Corrine Elaine Edwards    on behalf of Debtor Kenneth  Andreski, Sr. edwarce2@slu.edu, faithsmom1192@yahoo.com
          Corrine Elaine Edwards    on behalf of Debtor Terry  Andreski edwarce2@slu.edu, faithsmom1192@yahoo.com
          James R. Brown    on behalf of Debtor Kenneth  Andreski, Sr. edmo@castlelaw.net, castlelaw@hotmail.com
          James R. Brown    on behalf of Debtor Terry  Andreski edmo@castlelaw.net,    castlelaw@hotmail.com
          Jeffrey Michael Spector    on behalf of Creditor    Vantage Credit Union edmo@km-law.com
          John V. LaBarge, Jr    standing_trustee@ch13stl.com,    trust33@ch13stl.com
          Office of U.S. Trustee    USTPRegion13.SL.ECF@USDOJ.gov
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Wendee Noel Elliott-Clement    on behalf of Creditor    BMO Harris Bank N.A. moedbknotices@southlaw.com
          William Thomas Holmes    on behalf of Creditor    Bank of America, N.A. bkty@msfirm.com

                                                                                                                                     TOTAL: 10